■ JOSEFA SEPHTON, Respondent, v EARL SEPHTON, Appellant.—Appeal from that part of an order of the Supreme Court (Smyk, J.), entered October 6, 1989 in Broome County, which granted plaintiff's motion for temporary maintenance and life and health insurance coverage, and denied defendant's cross motion for summary judgment dismissing plaintiff's second and third causes of action.

Order affirmed, without costs, upon the opinion of Justice Stephen Smyk. Casey, J. P., Mikoll, Yesawich, Jr., and Levine, JJ., concur.